UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| John Broadbrook, | : |
| | : |
| Plaintiff, | : Civil Action No.: 3:10-cv-01253 |
| | : |
| v. | : |
| | : |
| CCB Credit Services, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Defendant CCB Credit Services, Inc. with prejudice and without costs to any party.

| | |
|---|---|
| John Broadbrook | CCB Credit Services, Inc. |
| /s/ Sergei Lemberg | [signature] |
| Sergei Lemberg, Esq. (Juris No. 425027)<br>LEMBERG & ASSOCIATES<br>1100 Summer Street, 3rd Floor<br>Stamford, CT 06905<br>(203) 653-2250<br>Attorney for Plaintiff | James F. Sullivan, Esq.<br>Howard, Kohn, Sprague & Fitzgerald<br>237 Buckingham St., P.O. Box 261798<br>Hartford, CT 06126-1798<br>(860) 525-3101<br>Attorney for Defendant |

**SO ORDERED**

## CERTIFICATE OF SERVICE

**I hereby certify that on May 3, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.**

                                              **By /s/ Sergei Lemberg**
                                                 **Sergei Lemberg**